UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN PATRICK WERTH,<br><br>Defendant. | Criminal Action No. TDC-21-0362 |

## ORDER

During the telephone Status Conference on July 11, 2022, the Court set the following deadline:

**Government's Discovery:**   **July 31, 2022**

Another telephone Status Conference is scheduled for **Friday, September 2, 2022 at 9:30 a.m.** Instructions for that conference call will be docketed separately.

Date: July 11, 2022

THEODORE D. CHUANG
United States District Judge