UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN PATRICK WERTH,<br><br>Defendant. | Criminal Action No. TDC-21-0362 |

## ORDER

During the Status Conference on September 2, 2022, the Court set the following deadline:

**Defendant's Pretrial Motion(s):**         **October 21, 2022**

Another Status Conference is scheduled for **Friday, October 21, 2022 at 3:30 p.m.** Instructions for that conference call will be docketed separately.

Date: September 2, 2022

THEODORE D. CHUANG
United States District Judge