IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | Case No.: 21-cr-00362 TDC |
| **BRIAN PATRICK WERTH** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL

The Defendant, Brian Patrick Werth, by and through counsel John M. McKenna, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., hereby respectfully moves this Honorable Court, pursuant to Local Rule 101 (2)(a), to permit the undersigned attorneys to withdraw as counsel for the Defendant in the above-captioned matter. In support of this Motion, counsel state the following.

1. Mr. Werth is charged by Indictment with production of child pornography, in violation of 18 U.S.C. § 2251(a) and related offenses.

2. Undersigned counsel entered their appearance in this matter on May 3, 2022.

3. At this time a conflict of interest has developed between defense counsel and the defendant.

4. Defendant has indicated a desire to have new counsel appointed pursuant to the Criminal Justice Act.

5. WHEREFORE, for the reasons presented in this Motion, the undersigned respectfully ask this Court to permit John M. McKenna & Michael E. Lawlor, Brennan, McKenna & Lawlor, to withdraw as counsel for the Defendant in this case.

November 22, 2022

Respectfully submitted,

_____/s/_____
John M. McKenna, Esq.
Bar Number 14894
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044
jmckenna@brennanmckenna.com

/s/
_____
Michael E. Lawlor, Esq.
Bar Number 13754
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (telephone number)
301-474-5730 (facsimile number)
mlawlor@verizon.net

_____/s/_____
Adam C. Demetriou, Esq.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044
ademetriou@brennanmckenna.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 22, 2022, a copy of the foregoing was served on all parties of record, via ECF notice.

/s/

_____
John M. McKenna, Esq.